

# M E M O R A N D U M

### DISTRICT OF NEW JERSEY

**To:** Honorable Dickenson R. Debevoise, Senior United States District Judge

**From:** William Sobchik, U.S. Pretrial Services Officer

**Re:** Charlene Chinchilla

**Date:** July 19, 2006

On March 28, 2006 the defendant appeared before the Honorable Arron E. Goodstein U.S. Magistrate Judge in the Eastern District of Wisconsin. At that time she was released on a $2,500 cash bond with the following conditions: 1. Supervision by Pretrial Services. 2. Twenty four hour house arrest with exceptions for Court appearances, attorney meeting, medical needs, religious services and approved employment. 3. Travel restricted to New Jersey and the Eastern District of Wisconsin. 3. Surrender passport and do not apply for replacement. A Pretrial Services report was prepared in the Eastern District of Wisconsin and is attached.

The defendant returned to New Jersey on April 3, 2006 and has been supervised by Pretrial Services since that time. The defendant has been compliant with all of the conditions of release. The defendant has maintained her residence and full time employment since the time of her release. A criminal record check revealed no new arrests since the time of her release.

Based on this information it is respectfully requested that the defendant's bail conditions be modified and the condition for electronically monitored house arrest be removed. The Government and defense counsel have been contacted and do not object to this request.

Request granted __X__     Request denied _____

Honorable Dickenson R. Debevoise
Senior United States District Judge

7/19/06